# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LONGHORN HD LLC, | § |
| *Plaintiff*, | § § § |
| v. | §  Case No. 2:21-cv-00278-JRG |
| ELITEGROUP COMPUTER SYSTEMS CO., LTD., | § § § |
| *Defendant*. | § § |

## ORDER

Before the Court is the Notice of Voluntary Dismissal filed by Plaintiff Longhorn HD LLC. (Dkt. No. 14.) Because Defendant Elitegroup Computer Systems Co., Ltd. has neither answered nor filed a motion for summary judgment, the Court **ACCEPTS AND ACKNOWLEDGES** the notice, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned case are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of the Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 17th day of November, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE